UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br><br> Gregorio VIDAL-Hernandez, <br><br> Defendant. | Magistrate Docket No. **25MJ5588** <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about October 14, 2025, within the Southern District of California, defendant Gregorio VIDAL-Hernandez an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Carlos L. Glover II
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 14, 2025.

HON. DANIEL E. BUTCHER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Gregorio VIDAL-Hernandez

## PROBABLE CAUSE STATEMENT

On October 13, 2025, Border Patrol Agent (BPA) E. Mendez was conducting assigned duties in the Brown Field Border Patrol Station's area of operations. He was in full Border Patrol uniform with an agency badge and patches visible.

At approximately 8:30 PM., Department of Defense (DOD) scope operator advised of an individual walking northbound near an area known to Border Patrol Agents as "Cuchama Switchbacks." At approximately 8:45 PM, DOD arrived at the last known location of the individual. After a brief search they encountered the individual later identified as defendant Gregorio VIDAL-Hernandez and detained him. BPA Mendez responded to the area and as he arrived, he conducted an immigration inspection on VIDAL. VIDAL stated he is a citizen of Mexico without immigration documents allowing him to enter or remain in the United States legally. At approximately 9:50 PM, BPA Mendez placed VIDAL under arrest.

This area is located approximately 1.5 miles north of the United States/Mexico International Boundary and approximately 4.5 miles west of the Tecate, California Port of Entry.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 6, 2024, through San Luis, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.